Peter N. Zeitler, #118706
Travis R. Stokes, #225122
FISHMAN, LARSEN, CHALTRAW & ZEITLER
7112 North Fresno Street, Suite 450
Fresno, California 93720
(559) 256-5000
(559) 256-5005 Fax

Attorneys for DAVID DUNCAN dba COUNTRY WAFFLES #998

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID DUNCAN dba COUNTRY WAFFLES #998 AND TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000<br><br>　　　　Defendants. | Case No.: 1:14-CV-01152-LJO-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS DAVID DUNCAN dba COUNTRY WAFFLES #998 AND TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000, TO RESPOND TO COMPLAINT; ORDER** |

**WHEREAS**, Plaintiff CECIL SHAW ("Shaw") and Defendants DAVID DUNCAN dba COUNTRY WAFFLES #998 ("Duncan") AND TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000 ("Solgaard," and, collectively with Duncan, "Defendants") are presently engaging in settlement discussions, and Duncan is in the process of obtaining a California Certified Access Specialist report;

**WHEREAS**, Duncan's responsive pleading is due on September 2, 2014;

**WHEREAS**, Solgaard's responsive pleading is due on August 19, 2014;

**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorneys' fees and costs which would be necessitated by filing responsive pleadings while they are actively engaged in settlement negotiations and seeking to exhaust such settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that the deadline for Defendants to file their responsive pleadings shall be extended to September 30, 2014, which extension exceeds 28 days for Solgaard.  This extension does not, however, affect any date or event set by Court order, including the Mandatory Scheduling Conference set for November 13, 2014.

**IT IS SO STIPULATED**.

Dated: August 19, 2014                    MOORE LAW FIRM, P.C.


BY:_/s/ Tanya E. Moore_____
Tanya E. Moore
Attorney for Plaintiff,
CECIL SHAW


Dated: August 19, 2014                    FISHMAN, LARSEN, CHALTRAW & ZEITLER


BY:_/s/ Travis R. Stokes _____
Travis R. Stokes
Attorney for Defendant,
David Duncan dba COUNTRY WAFFLES #998


Dated: August 19, 2014                    LAW OFFICES OF SALLY A WILLIAMS


BY: ___/s/ Sally A. Williams _____
Sally A. Williams
Attorney for Defendant,
TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000

2

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER**

## **ORDER**

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED**, that all defendants shall have to and including September 30, 2014 within which to file their responsive pleadings.

IT IS SO ORDERED.

Dated:   **August 20, 2014**          /s/ *Barbara A. McAuliffe*          
                                      UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER**