Peter N. Zeitler, #118706
Travis R. Stokes, #225122
FISHMAN, LARSEN, CHALTRAW & ZEITLER
7112 North Fresno Street, Suite 450
Fresno, California 93720
(559) 256-5000
(559) 256-5005 Fax

Attorneys for DAVID DUNCAN dba COUNTRY WAFFLES #998

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID DUNCAN dba COUNTRY WAFFLES #998 AND TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000<br><br>　　　　　Defendants. | Case No.: 1:14-CV-01152-LJO-BAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS DAVID DUNCAN dba COUNTRY WAFFLES #998 AND TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000, TO RESPOND TO COMPLAINT;　　ORDER** |

　　　**WHEREAS**, Plaintiff CECIL SHAW ("Shaw") and Defendants DAVID DUNCAN dba COUNTRY WAFFLES #998 ("Duncan") AND TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000 ("Solgaard," and, collectively with Duncan, "Defendants") are presently engaging in ongoing settlement discussions;

　　　**WHEREAS**, Duncan's responsive pleading is due on September 30, 2014;

　　　**WHEREAS**, Solgaard's responsive pleading is due on September 30, 2014;

　　　///

　　　**WHEREAS**, Plaintiff and Defendants desire to conserve the resources of this Court and avoid incurring additional attorneys' fees and costs which would be necessitated by filing responsive pleadings while they are actively engaged in ongoing settlement negotiations and

seeking to exhaust such settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that the deadline for Defendants to file their responsive pleadings shall be extended to October 30, 2014, which extension exceeds 28 days for Defendants. This extension does not, however, affect any date or event set by Court order, including the Mandatory Scheduling Conference set for November 13, 2014.

**IT IS SO STIPULATED**.

Dated: September 30, 2014     MOORE LAW FIRM, P.C.

BY: _/s/ *Tanya E. Moore* _____
Tanya E. Moore
Attorney for Plaintiff,
CECIL SHAW

Dated: September 30, 2014     FISHMAN, LARSEN, CHALTRAW & ZEITLER

BY: _/s/ *Travis R. Stokes* _____
Travis R. Stokes
Attorney for Defendant,
David Duncan dba COUNTRY WAFFLES #998

Dated: September 30, 2014     LAW OFFICES OF SALLY A WILLIAMS

BY: __/s/ *Sally A. Williams* _____
Sally A. Williams
Attorney for Defendant,
TONI L. SOLGAARD, Trustee of the ALBERT AND TONI SOLGAARD SURVIVOR'S TRUST dated December 28, 2000

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED**, that all defendants shall have to and including October 30, 2014 within which to file their responsive pleadings.

IT IS SO ORDERED.

Dated: **October 1, 2014**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE