# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No. 1:14-cv-1152-LJO-BAM |
| Plaintiff, | **ORDER AFTER SETTLMENT** |
| vs. | |
| DAVID DUNCAN dba COUNTRY WAFFLES #99, et al., | |
| Defendants. | |

Plaintiff has filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, the Court ORDERS the parties, no later than **December 12, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **November 3, 2014**         /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1