1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw
6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  CECIL SHAW,                        )  No.  1:14-cv-01152-LJO-BAM
                                       )
12          Plaintiff,                 )  **NOTICE OF VOLUNTARY DISMISSAL**
                                       )  **OF ACTION; ORDER**
13      vs.                            )
                                       )
14  DAVID DUNCAN dba COUNTRY           )
    WAFFLES #998, et al.,              )
15                                     )
                                       )
16          Defendants.                )
                                       )
17  _____   )

18      WHEREAS, no Defendant has filed an answer or motion for summary judgment;

19      WHEREAS, Plaintiff and Defendants have settled the matter;

20      WHEREAS, no counterclaim has been filed;

21      Plaintiff hereby respectfully requests that this action be dismissed with prejudice

22  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23

24  Date: November 18, 2014          MOORE LAW FIRM, P.C.

25

26                                   */s/ Tanya E. Moore*_____
                                     Tanya E. Moore
27                                   Attorneys for Plaintiff
                                     Cecil Shaw
28

1

**<u>ORDER</u>**

2

Good cause appearing,

3

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

**SO ORDERED**

**Dated: November 18, 2014**

5

**<u>/s/ Lawrence J. O'Neill</u>**

6

**United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28